IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE LOPEZ and HUGO LOPEZ, as guardians ad litem of L.L.; et al.<br><br>          Plaintiffs,<br>   v.<br><br>THE SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al.,<br><br>          Defendants.<br>                                                              / | No. C 99-03260 SI<br><br>**ORDER CONTINUING STATUS HEARING** |

A hearing in this case is currently scheduled for April 10, 2007. The hearing is one of a series intended to help defendants move towards timely completion of school renovations mandated by the parties' Stipulated Judgment. Plaintiffs now request that the hearing be postponed for approximately one month in order for the parties to meet and confer regarding a "frontloading" proposal which might help speed up the most critical renovations at schools that are currently far behind the completion target dates. For good cause shown the Court hereby GRANTS plaintiffs' request, and reschedules the hearing for Tuesday, May 8, 2007, at 3:30 p.m. The parties shall file status reports a week prior to the hearing.

**IT IS SO ORDERED.**

Dated: April 5, 2007

SUSAN ILLSTON
United States District Judge