IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOPEZ, ET AL, | No. C 99-03260 SI |
| Plaintiff, | **ORDER** |
| v. | |
| SF UNIFIED SCHOOL, ET AL, | |
| Defendant. / | |

IT IS HEREBY ORDERED that this case shall be referred to the Court's e.filing program. Instructions and forms for registering as an ECF User as required by Section IV (A) of General Order 45, as well as other information regarding the Court's ECF program including General Order 45 itself, may be found on the Court's Web site at **ecf.cand.uscourts.gov**.

**IT IS SO ORDERED.**

Dated: 6/1/07

SUSAN ILLSTON
United States District Judge