CITY AND COUNTY OF SAN FRANCISCO | OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

JAMES M. EMERY
Deputy City Attorney

DIRECT DIAL: (415) 554-4261
E-MAIL: jim.emery@sfgov.org



IT IS SO ORDERED
Judge Susan Illston

October 1, 2008

**BY E-FILING**

Hon. Susan M. Illston
United States District Judge
450 Golden Gate Ave.
Courtroom 10, 19th floor
San Francisco, CA 94102

The status conference has been continued to 11/19/08 @ 4 p.m.

Re:  *Lopez v. SFUSD*, Case No. C-99-3260 SI(EMC)

Dear Judge Illston:

The Court has set a status conference in this case for Monday, October 6, at 3:45 p.m. With plaintiffs' consent, the School District requests that the conference be continued to the week of November 17, or the earliest time thereafter convenient to the Court. Plaintiffs have indicated they are unavailable on Friday, November 21.

At the most recent status conference, the Court directed the parties to meet and confer over plaintiffs' site inspection reports and applicable construction tolerances. The parties met on August 29 and have exchanged proposals regarding construction tolerances. The parties intend to meet at least two additional times in October, to continue addressing outstanding issues. In the meantime, several modernization projects have achieved substantial completion, and plaintiffs have scheduled inspections of these completed sites, which the parties expect to address promptly after plaintiffs' inspections.

Because the parties' meet-and-confer efforts continue to be productive, the School District believes a mid-November status conference will be most helpful to the parties and most informative to the Court. Plaintiffs have no objection to the proposed continuance of the upcoming status conference.

FOX PLAZA · 1390 MARKET STREET, 7TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 554-3985

n:\constr\li2006\050389\00512626.doc

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

Letter to Hon. Susan M. Illston
Page 2
October 1, 2008

       The School District thanks the Court for its attention to this request.

       Respectfully submitted,

DENNIS J. HERRERA
City Attorney

JAMES M. EMERY
Deputy City Attorney

cc:    Guy B. Wallace, Esq. (by fax)
       Patricia A. Shiu, Esq. (by fax)

N:\CONSTR\LI2006\050389\00512626.DOC