

CITY AND COUNTY OF SAN FRANCISCO — OFFICE OF THE CITY ATTORNEY

DENNIS J. HERRERA
City Attorney

JAMES M. EMERY
Deputy City Attorney

DIRECT DIAL: (415) 554-4261
E-MAIL: jim.emery@sfgov.org

November 12, 2008

**BY E-FILING**

Hon. Susan M. Illston
United States District Judge
450 Golden Gate Ave.
Courtroom 10, 19th floor
San Francisco, CA 94102

    Re:    *Lopez v. SFUSD*, Case No. C-99-3260 SI(EMC)

Dear Judge Illston:

    The Court has set a status conference in this case for Wednesday, November 19, at 4:00 p.m. The parties jointly request that the Court continue the upcoming conference until the week of January 5, or the earliest time thereafter convenient to the Court.

    The parties continue to meet and confer and have made substantial progress on the issues of applicable construction tolerances, modifications to the construction schedule, and plaintiffs' inspections of various sites. The parties met in person on August 29, and they met again on October 28. The parties are scheduling a further meeting this month.

    Because the parties' meet-and-confer efforts continue to be productive, they believe a January status conference will be most helpful to the parties and most informative to the Court.

    The parties thank the Court for its attention to this request.

The status conference has been continued to January 14, 2009, at 4:00 p.m.

Respectfully submitted,

DENNIS J. HERRERA
City Attorney

JAMES M. EMERY
Deputy City Attorney

*IT IS SO ORDERED*
/s/ Susan Illston
Judge Susan Illston

cc:    Guy B. Wallace, Esq. (by fax)
       Patricia A. Shiu, Esq. (by fax)

FOX PLAZA · 1390 MARKET STREET, 7TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 554-3985

n:\constr\li2006\050389\00520833.doc