CITY AND COUNTY OF SAN FRANCISCO     OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

JAMES M. EMERY
Deputy City Attorney

DIRECT DIAL: (415) 554-4261
E-MAIL: jim.emery@sfgov.org

The status conference has been continued to February 25, 2009 at 4 p.m.

*IT IS SO ORDERED*
*Judge Susan Illston*
January 7, 2009

**BY E-FILING**

Hon. Susan M. Illston
United States District Judge
450 Golden Gate Ave.
Courtroom 10, 19th floor
San Francisco, CA 94102

Re: *Lopez v. SFUSD*, Case No. C-99-3260 SI(EMC)

Dear Judge Illston:

The Court has set a status conference in this case for Wednesday, January 14, at 4:00 p.m. The parties jointly request that the Court continue the upcoming conference until the week of February 23, or the earliest time thereafter convenient to the Court.

The parties continue to meet and confer and have made substantial progress on the issues of applicable construction tolerances, modifications to the construction schedule, and plaintiffs' inspections of various sites. The parties met in person on August 29, October 28 and November 19. The parties are scheduling a further meeting this month.

Because the parties' meet-and-confer efforts continue to be productive, they believe a February status conference will be most helpful to the parties and most informative to the Court.

The parties thank the Court for its attention to this request.

Respectfully submitted,

DENNIS J. HERRERA
City Attorney

JAMES M. EMERY
Deputy City Attorney

cc: Guy B. Wallace, Esq. (by fax)
Patricia A. Shiu, Esq. (by fax)

Fox Plaza · 1390 Market Street, 7th Floor · San Francisco, California 94102-5408
Reception: (415) 554-3800 · Facsimile: (415) 554-3985

n:\constr\li2006\050389\00530412.doc