CITY AND COUNTY OF SAN FRANCISCO | OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

JAMES M. EMERY
Deputy City Attorney

DIRECT DIAL: (415) 554-4261
E-MAIL: jim.emery@sfgov.org

Case management conference continued
to 10/14/09 @ 4 p.m.

June 18, 2009

**BY E-FILING**

Hon. Susan M. Illston
United States District Judge
450 Golden Gate Ave.
Courtroom 10, 19th floor
San Francisco, CA 94102

Re:   *Lopez v. SFUSD*, Case No. C-99-3260 SI(EMC)

IT IS SO ORDERED
Judge Susan Illston

Dear Judge Illston:

The Court has set a status conference in this case for Wednesday, July 1, at 4:00 p.m. The parties jointly request that the Court continue the upcoming conference to the week of October 12, or the earliest time thereafter convenient to the Court.

A scheduling conflict had developed for the School District's counsel for July 1. Plaintiffs expect to produce additional site inspection reports over the coming weeks, which the parties will then discuss. The proposed continuance would place the next status conference shortly after the date for the School District's next Triannual Report, which is due on October 1.

The parties thank the Court for its attention to this request.

Respectfully submitted,

DENNIS J. HERRERA
City Attorney

JAMES M. EMERY
Deputy City Attorney

cc:   Guy B. Wallace, Esq. (by e-service)
      Patricia A. Shiu, Esq. (by e-service)

FOX PLAZA · 1390 MARKET STREET, 7TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 554-3985

n:\constr\li2006\050389\00563526.doc