**SCHNEIDER WALLACE**
**COTTRELL BRAYTON**
**KONECKY** LLP

October 7, 2009

IT IS SO ORDERED

*Susan Illston*

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Via E-File**

Honorable Susan Illston
United States District Court
450 Golden Gate Avenue
19th Floor, Courtroom 10
San Francisco, CA 94102

Re:    *Lopez et al. v. San Francisco Unified School District*
       U.S.D.C. N.D. Cal. Case No. 99-3260 SI (EAI)

The conference is continued to
11/4/09 @ 10:00 a.m.

Dear Judge Illston:

I write on behalf of the parties regarding the status conference currently set for October 14, 2009 in the above-captioned matter. The undersigned has a hearing on another matter that has been set for the same date in federal court in Boston. Accordingly, Plaintiffs respectfully request that the status conference be continued to a date in November. Defendants' counsel have stipulated to this request. The parties are available on the afternoon of November 4, 11 or 18.

The parties thank the Court for its attention to this matter.

Very truly yours,

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

Guy B. Wallace

cc: Defendants' counsel (via e-file)